# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-10359-ELF

KATRINA A. COOPER

1209 Hale Street

Philadelphia, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KATRINA A. COOPER

    1209 Hale Street

    Philadelphia, PA 19111

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 3/10/2017

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee