IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :         CHAPTER 13

Katrina A. Cooper         :         No. 17-10359-ELF
    Debtor

ANSWER TO MOTION OF U.S. BANK NATIONAL ASSOCIATION
FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied that this is the amount Debtor owes.

7. Denied.

8. Denied as relevant.

9. No objection.

10. No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

                                                  /s/ David M. Offen
                                                David M. Offen
                                                Attorney for Debtor

Dated: 3/28/19