```
         IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    IN RE:
                            :      CHAPTER 13
    Katrina A. Cooper       :      No. 17-10359-ELF
         Debtor             :
```

## CERTIFICATE  OF  SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on March 28, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:

Rebecca A. Solarz on behalf of U.S. National Association
rsolarz@kmllawgroup.com

```
                         /s/ David M. Offen
                         David M. Offen Esq.
                         Attorney for Debtor
                          601 Walnut Street
                         Suite 160 West
                         Philadelphia, PA 19106
                         215-625-9600
```

3/28/19