IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Katrina A. Cooper | : | No. 17-10359-ELF |
| Debtor | : | |

O R D E R

AND NOW, this 18th day of September, 2019, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

cc:
Scott F. Waterman, Esq., Trustee

David M. Offen, Esquire

Katrina A Cooper

PAYROLL CONTROLLER
Einstein Healthcare Network
5501 Old York Road
Philadelphia, PA 19111