# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-10359-ELF

KATRINA A. COOPER

1209 HALE STREET

PHILADELPHIA, PA 19111

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KATRINA A. COOPER

    1209 HALE STREET

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 11/18/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee