```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania

In re:                                                           Case No. 17-10359-elf
Katrina A. Cooper                                                Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: Stacey                 Page 1 of 2          Date Rcvd: Jan 15, 2020
                              Form ID: pdf900              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
db             +Katrina A. Cooper,    1209 Hale Street,    Philadelphia, PA 19111-5829
13852283       +Mildred Cooper,    1523 66th Avenue,    Philadelphia, PA 19126-2766
13852286       +PGW,   Credit and Collections Department,     800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13852288       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13852291       +Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13852287        philadelphia parking authority,     2467 grant avenue,    Philadelphia, PA 19114-1004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 03:32:18
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13852274       +E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 03:12:59       Ally Financial,
                 Po Box 380901,   Bloomington, MN 55438-0901
13859448        E-mail/Text: ally@ebn.phinsolutions.com Jan 16 2020 03:12:59       Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
13893396        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 16 2020 03:20:56
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13852275        E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:12      City of Philadelphia - Law Dept.,
                 One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
13940465        E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:12      City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13852276       +E-mail/Text: documentfiling@lciinc.com Jan 16 2020 03:12:58      Comcast,    PO Box 3001,
                 Southeastern, PA 19398-3001
13852277       +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2020 03:13:59      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
13852282        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 03:14:03      Jefferson Capital Systems, LLC,
                 P.O. Box 23051,   Columbus, GA 31902-3051
13852284        E-mail/Text: blegal@phfa.org Jan 16 2020 03:13:57      PA Housing Finance Agency,
                 P.O. Box 15057,   Harrisburg, PA 17105-5057
14255253        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 03:20:30
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13852285       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 16 2020 03:13:34      Peco Energy,
                 2301 Market Street,   Philadelphia, PA 19103-1380
13916015       +E-mail/Text: blegal@phfa.org Jan 16 2020 03:13:57      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13853513       +E-mail/Text: bankruptcy@philapark.org Jan 16 2020 03:14:29      Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13861352       +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2020 03:13:59
                 U.S. Department of Education C/O Nelnet,    121 South 13th St, Suite 201,
                 Lincoln, NE 68508-1911
13852289        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 16 2020 03:12:57
                 Verizon,   P.O. Box 28002,    Lehigh Valley, PA 18002-8002
13852290        E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:12      Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13852278*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
13852279*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
13852280*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
13852281*      +Dept Of Ed/582/nelnet,    Attn: Claims/Bankruptcy,    Po Box 82505,   Lincoln, NE 68501-2505
                                                                                       TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Jan 15, 2020
                               Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Katrina A. Cooper dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>KATRINA A. COOPER | Chapter 13 |
| Debtor | Bankruptcy No. 17-10359-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 15, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
KATRINA A. COOPER

1209 HALE STREET

PHILADELPHIA, PA 19111